IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRUCE P. WILLIAMS,<br><br>    Plaintiff,<br><br>        v.<br><br>US BANK NATIONAL<br>ASSOCIATION<br>as Trustee for Credit Suisse First<br>Boston also known as<br>US Bankcorp Portfolio Services, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:12-CV-3943-TWT |

## ORDER

This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting in part and denying in part the Defendants' Motion to Dismiss [Doc. 7]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 7] is GRANTED in part and DENIED in part. The Clerk is directed to re-submit the case to the Magistrate Judge.

SO ORDERED, this 22 day of May, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge