IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRUCE P. WILLIAMS,

   Plaintiff,

    v.

US BANK NATIONAL
ASSOCIATION
as Trustee for Credit Suisse First
Boston also known as
US Bankcorp Portfolio Services, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3943-TWT

### ORDER

This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting in part and denying in part the Defendants' Motion to Dismiss [Doc. 7]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 7] is GRANTED in part and DENIED in part. The Clerk is directed to re-submit the case to the Magistrate Judge.

T:\ORDERS\12\Williams\12cv3943\r&r.wpd

SO ORDERED, this 22 day of May, 2013.


                                          /s/Thomas W. Thrash  
                                          THOMAS W. THRASH, JR.  
                                          United States District Judge