IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRUCE P. WILLIAMS,

   Plaintiff,

    v.

US BANK NATIONAL
ASSOCIATION
as Trustee for Credit Suisse First
Boston also known as
US Bankcorp Portfolio Services, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3943-TWT

ORDER

This is a wrongful foreclosure action. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 7]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 7] is GRANTED.

SO ORDERED, this 18 day of June, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Williams\12cv3943\r&r2.wpd